# Notice Recipients

District/Off: 0971−5  User: knitzel  Date Created: 4/9/2010
Case: 10−53089  Form ID: B9I  Total: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Pepito C Lim | 1955 Hogan Drive  Santa Clara, CA 95054 |
| ust | Office of the U.S. Trustee / SJ | U.S. Federal Bldg.  280 S 1st St. #268  San Jose, CA 95113−3004 |
| tr | Devin Derham−Burk | P.O. Box 50013  San Jose, CA 95150−0013 |
| smg | State Board of Equalization | Attn: Special Procedures Section, MIC:55  P.O. Box 942879  Sacramento, CA 94279 |
| smg | Secretary of The Treasury | 15th and Pennsylvania Ave. NW  Washington, DC 20220−0001 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E  P.O. Box 826880  Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Attn: Special Procedures  P.O. Box 2952  Sacramento, CA 95812−2952 |
| 10800015 | Barclays Bank Delaware | 125 S. West ST.  Wilmington, DE 19801 |
| 10800014 | Chase | P.O. Box 15298  Wilmington, DE 19850 |
| 10800018 | Discover Fin Svcs LLC | P.O. Box 15316  Wilmington, DE 19850 |
| 10800016 | Dish Network | 131 Towe Park Suite 1  Waterloo, IA 50702 |
| 10800017 | Diversified Adjustment | 600 Coon Rapids Blvd. NW  Coon Rapids, MN 55433 |
| 10800009 | First Federal Bank of | 401 Wilshire Blvd 3  Santa Monica, CA 90401 |
| 10800013 | Ford Motor CR | P.O. Box 542000  Omaha, NE 68154 |
| 10800006 | GMAC | 3451 Hammond Ave.  Waterloo, IA 50702 |
| 10800007 | GMAC Mortgage | P.O. Box 4622  Waterloo, IA 50704 |
| 10800010 | Green Point Savings | 4060 Main St.  Flushing, NY 11355 |
| 10800012 | Mariott Ownership | 1200 US Highway 98 S STE  Lakefland, FL 33801 |
| 10800008 | Provident Savings Bank | 3756 Central Ave.  Riverside, CA 92506 |
| 10800011 | Real Time Solutions | 1750 Regal Row  Dallas, TX 75235 |

TOTAL: 20